## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**VERNON NICHOLAS, JR.**          *     **CIVIL ACTION NO.** _____
                                 *
**versus**                       *
                                 *     **JUDGE** _____
**LIBERTY MUTUAL INSURANCE**     *
**COMPANY, UNITED RENTALS**      *
**(NORTH AMERICA), INC. D/B/A**  *     **MAGISTRATE** _____
**UNITED RENTALS, INC. AND**     *
**JOHN DOE**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, comes Defendant United Rentals (North America), Inc. ("United Rentals"), who, without waiving and specifically reserving all rights, defenses, objections, and exceptions, hereby removes to this Court the civil action originally brought in the 29th Judicial District Court for the Parish of St. Charles, State of Louisiana, entitled *"Vernon Nicholas, Jr. v. Liberty Mutual Insurance Company, United Rentals (North America), Inc. D/B/A United Rentals, Inc. and. John Doe"* No. 75850, Division D.  In support of removal, United Rentals respectfully represents that:

1.

This suit is a civil action over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441, in that it is a civil action wherein the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

2.

Venue of the removed action is proper in this Court pursuant to 28 U.S.C. § 1441(a) as it is the district court for the district where the State Court action is pending

3.

United Rentals has learned that medical expenses in excess of $100,000 and indemnity benefits in excess of $30,000 have been paid by the worker's compensation carrier of Plaintiff's employer for injuries allegedly resulting from the accident that forms the basis of Plaintiff's state court Petition for Damages.  Consequently, the matter in controversy is in excess of the required jurisdictional amount.  This Notice of Removal is filed within thirty (30) days after receipt of the Plaintiff's Petition for Damages and from which it was ascertained that the case has become removable, and within one year of the commencement of the action, thereby making removal of this action proper and timely under 28 U.S.C. § 1446(b).

4.

United Rentals has not been served and therefore have no process, pleadings, and orders to attach pursuant to 28 U.S.C. § 1446(a).  However, United Rentals attaches hereto as Exhibit "A" a copy of the Petition for Damages filed by Plaintiff in the State Court record.

5.

At the time of the commencement of this action, and since that time, the Plaintiff is a citizen of the State of Louisiana.  *See* Petition for Damages, Exhibit "A."

6.

Defendant United Rentals (North America), Inc. was at the time the petition was filed and is today a corporation incorporated and existing under the laws of the State of Delaware having its principal places of business in the State of Connecticut.  Defendant Liberty Mutual Insurance

Company was at the time the petition was filed and is today a corporation incorporated and existing under the laws of State of Massachusetts having its principal place of business in the State of Massachusetts.  United Rentals and Liberty Mutual Insurance Company, therefore, are not and were not citizens of the State of Louisiana.

7.

The Plaintiff also added as a defendant, "John Doe, . . . who upon information and belief is a resident of and is domiciled in the State of Louisiana."  Pursuant to 28 U.S.C. § 1441(b)(1) the citizenship of "John Doe" shall be disregarded for purposes of determining diversity.

8.

Undersigned counsel certifies that a copy of this Notice will be promptly served on the Plaintiff by mailing a copy of it to his counsel of record: Michael P. Fruge, Clayton Fruge Ward 3741 Highway 1 South, Port Allen, LA 70767.

9.

Undersigned counsel certifies that a Notice of Filing Notice of Removal, along with a copy of this Notice of Removal, will be promptly filed with the Clerk of Court for 29th Judicial District Court for the Parish of St. Charles, State of Louisiana.

WHEREFORE, United Rentals (North America), Inc. prays that further proceedings in the 29th Judicial District Court for the Parish of St. Charles, State of Louisiana be discontinued and that this action be recognized as removed to and pending on the docket of the United States District Court for the Eastern District of Louisiana, State of Louisiana, as the law in such cases provides.

Respectfully submitted,

/s/ Mark D. Latham
Mark D. Latham (Bar #19673)
Tiffany Delery Davis (Bar #29830)
**LISKOW & LEWIS**
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone:  (504) 581-7979
Facsimile:  (504) 556-4108
mdlatham@liskow.com
tdavis@liskow.com

**Attorneys for United Rentals (North America), Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon all counsel of record by placing same in the United States mail, properly addressed and postage prepaid, on September 25, 2012.

s/ Mark D. Latham