# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

LORETTA G. WHYTE  
CLERK

500 POYDRAS ST., ROOM C-151  
NEW ORLEANS, LA 70130

October 23, 2012

Clerk  
29th Judicial District Court  
Parish of St. Charles  
P.O. Box 424  
Hahnville, LA 70057

RE: VERNON NICHOLAS, JR.  
     v.  
    LIBERTY MUTUAL INSURANCE  
COMPANY, ET AL  
Civil Action No. 12-2369 "C" 4  
Your No.75850 "D"

Dear Sir:

    I am enclosing herewith a certified copy of an order entered by this court on October 23, 2012 remanding the above-entitled case to your court.

Very truly yours,

LORETTA G. WHYTE, CLERK

By: *Kimberly A. County*  
     Deputy Clerk

Enclosure